IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF NEW YORK

SEMYON GRINBLAT, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

QUEENS BEVERAGE DEPOT INC., 166-01 NORTHERN BLVD. OWNERS CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,

    Defendants.

STIPULATION OF DISCONTINUANCE WITH PREJUDICE

CASE NO.: 19-cv-2341-KAM-SMG

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 23 2019 ★
BROOKLYN OFFICE

**IT IS HEREBY STIPULATED AND AGREED** by, and between, the attorney for the Plaintiff, SEMYON GRINBLAT, and the attorneys for the Defendants, QUEENS BEVERAGE DEPOT INC. and 166-01 NORTHERN BLVD. OWNERS CORP., that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the action, the above-entitled action, and all asserted, and non-asserted, claims, counterclaims and crossclaims, is hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. This stipulation may be signed in counterparts.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, shall have the same force and effect as an original signature.

1

So Ordered: /s/ USDJ Kiyo A. Matsumoto
Kiyo A. Matsumoto
U.S. District Judge

Signed: July 19, 2019

*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

*Attorney for the Plaintiff*

Signed: July 19, 2019

*Edward D. Greenberg*
Edward D. Greenberg, Esq.

Edward D. Greenberg & Assoc., P.C.
212 West 35th Street, 13th Floor
New York, NY 10001
Tel: (212) 267-4455

*Attorneys for the Defendants*
*QUEENS BEVERAGE DEPOT INC.*
*and 166-01 NORTHERN BLVD.*
*OWNERS CORP.*

**SO ORDERED:**

_____
Kiyo A. Matsumoto,
United States District Court Judge